# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: WASHINGTON, CAROLYN    § Case No. 12-36037
                              §
                              §
Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,631.00                      Assets Exempt: $19,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $38,204.03     Claims Discharged
                                                 Without Payment: $20,229.00

Total Expenses of Administration: $44,985.88

---

3) Total gross receipts of $ 100,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 16,810.09 (see **Exhibit 2**), yielded net receipts of $83,189.91 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $35,252.63 | $35,252.63 | $35,252.63 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 44,985.88 | 44,985.88 | 44,985.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 23,060.00 | 2,951.40 | 2,951.40 | 2,951.40 |
| **TOTAL DISBURSEMENTS** | $23,060.00 | $83,189.91 | $83,189.91 | $83,189.91 |

4) This case was originally filed under Chapter 7 on September 11, 2012. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/02/2014          By: /s/EUGENE CRANE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Case | 1129-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Carolyn Washington | Debtor's Exemption | 8100-002 | 15,000.00 |
| WASHINGTON, CAROLYN | Dividend paid 100.00% on $1,810.09; Claim# SURPLUS TO DEBTOR | 8200-002 | 1,810.09 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$16,810.09** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United States Department of Labor | 4210-000 | N/A | 35,252.63 | 35,252.63 | 35,252.63 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$35,252.63** | **$35,252.63** | **$35,252.63** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 7,409.50 | 7,409.50 | 7,409.50 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 3,399.50 | 3,399.50 | 3,399.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 7.20 | 7.20 | 7.20 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Harman, Fedick & Markley, Ltd. | 3210-600 | N/A | 33,333.33 | 33,333.33 | 33,333.33 |
| Harman, Fedick & Markley, Ltd. | 3220-610 | N/A | 568.00 | 568.00 | 568.00 |
| Rabobank, N.A. | 2600-000 | N/A | 52.73 | 52.73 | 52.73 |
| Rabobank, N.A. | 2600-000 | N/A | 85.99 | 85.99 | 85.99 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 61.27 | 61.27 | 61.27 |
| Rabobank, N.A. | 2600-000 | N/A | 68.36 | 68.36 | 68.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$44,985.88** | **$44,985.88** | **$44,985.88** |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 316.78 | 316.78 | 316.78 |
| 1I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 0.91 | 0.91 | 0.91 |
| 2 | Sir Finance | 7100-000 | 2,831.00 | 2,626.16 | 2,626.16 | 2,626.16 |
| 2I | Sir Finance | 7990-000 | N/A | 7.55 | 7.55 | 7.55 |
| NOTFILED | Public Storage C/O Allied Interstate, INC | 7100-000 | 380.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC CARD Services  III INC. C/O Portfolio | 7100-000 | 637.00 | N/A | N/A | 0.00 |
| NOTFILED | Plains Commerce BANK C/O Arrow Financial Servic | 7100-000 | 385.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier BANK | 7100-000 | 397.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Santander Consumer USA Bankruptcy Department | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | WOW Harvey C/O Credit Management LP | 7100-000 | 409.00 | N/A | N/A | 0.00 |
| NOTFILED | WOW Internet Cable Service C/O Credit | 7100-000 | 143.00 | N/A | N/A | 0.00 |
| NOTFILED | Tribute Mastercard C/O Midland Credit MGMT | 7100-000 | 684.00 | N/A | N/A | 0.00 |
| NOTFILED | SBC Indiana C/O Allied Interstate INC | 7100-000 | 165.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast C/O Credit Protection ASSO | 7100-000 | 255.00 | N/A | N/A | 0.00 |
| NOTFILED | A.F.S. Assignee OF Cortrust C/O Arrow Financial Servic | 7100-000 | 742.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Affirmative Insurance C/O EOS CCA | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Americas Financial Choice Bankruptcy Department | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Chicago Seconds - 4000 C/O Credit Management | 7100-000 | 255.00 | N/A | N/A | 0.00 |
| NOTFILED | Applied BANK | 7100-000 | 317.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$23,060.00** | **$2,951.40** | **$2,951.40** | **$2,951.40** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-36037  
**Case Name:** WASHINGTON, CAROLYN  

**Period Ending:** 09/02/14

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 09/11/12 (f)  
**§341(a) Meeting Date:** 11/06/12  
**Claims Bar Date:** 03/24/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Household goods; TV, DVD player, TV stand, stere<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 2 | Books, Compact Discs, Tapes/Records, Family Pict<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Necessary wearing apparel.<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Earrings, watch, costume jewelry<br>Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 5 | Pension w/ Employer/Former Employer - 100% Exemp<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Workers Compensation Case<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Personal Injury Case<br>Imported from original petition Doc# 1 | Unknown | Unknown | | 100,000.00 | FA |
| 8 | 2000 Chevrolet Tracker.<br>Imported from original petition Doc# 1 | 831.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets   Totals** (Excluding unknown values) | **$2,631.00** | **$0.00** | | **$100,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

05/15/2014: TFR filed with Court; hg on 06/24/2014 10am.(dk)

04/04/2014: TFR filed with USTO for review (dk)

03/31/2014: Preparing TFR (dk)

03/01/2014: Rec'd settlement; paid special counsel fees/expenses, still waiting for
USDOL lien check to clear before filing TFR. (dk)

11/13/13: Case settled for 100K; filed MT to Approve Settlement (dk)

04/11/13: Filed motion to employ special counsel to represent trustee in personal injury claim (dk)

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014        **Current Projected Date Of Final Report (TFR):**   May 15, 2014  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-36037  
**Case Name:** WASHINGTON, CAROLYN  
**Taxpayer ID #:** **-***1481  
**Period Ending:** 09/02/14  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/18/13 | {7} | Allstate Insurance | Settlement for PI Claim; Case No.12 L 014366 | 1129-000 | 100,000.00 | | 100,000.00 |
| 12/27/13 | 101 | Harman, Fedick & Markley, Ltd. | Special Counsel Fees per Court Order Nov. 20, 2013 | 3210-600 | | 33,333.33 | 66,666.67 |
| 12/27/13 | 102 | Harman, Fedick & Markley, Ltd. | Special Counsel Fees per Court Order November 20, 2013 | 3220-610 | | 568.00 | 66,098.67 |
| 12/27/13 | 103 | Carolyn Washington | Debtor's Exemption | 8100-002 | | 15,000.00 | 51,098.67 |
| 12/27/13 | 104 | United States Department of Labor | Subrogation Lien - Carolyn Washington Paid per Court Order entered Nov. 20, 2013 | 4210-000 | | 35,252.63 | 15,846.04 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.73 | 15,793.31 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.99 | 15,707.32 |
| 02/05/14 | 105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2013 FOR CASE #12-36037, Blanket Bond Premium, Bond#016026455 | 2300-000 | | 61.27 | 15,646.05 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.36 | 15,577.69 |
| 06/24/14 | 106 | EUGENE CRANE | Dividend paid 100.00% on $7,409.50, Trustee Compensation per Court Order 06-24-2014 | 2100-000 | | 7,409.50 | 8,168.19 |
| 06/24/14 | 107 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $3,399.50, Attorney for Trustee Fees (Trustee Firm) per Court Order 06-24-2014 | 3110-000 | | 3,399.50 | 4,768.69 |
| 06/24/14 | 108 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $7.20, Attorney for Trustee Expenses (Trustee Firm) per Court Order 06-24-2014 | 3120-000 | | 7.20 | 4,761.49 |
| 06/24/14 | 109 | Quantum3 Group LLC as agent for | Dividend paid 100.00% on $316.78; Claim# 1; Filed: $316.78; Reference: | 7100-000 | | 316.78 | 4,444.71 |
| 06/24/14 | 110 | Sir Finance | Dividend paid 100.00% on $2,626.16; Claim# 2; Filed: $2,626.16; Reference: | 7100-000 | | 2,626.16 | 1,818.55 |
| 06/24/14 | 111 | Sir Finance | Dividend paid 100.00% on $7.55; Claim# 2I; Filed: $7.55; Interest on Claim no. 2 filed by Sir Finance | 7990-000 | | 7.55 | 1,811.00 |
| 06/24/14 | 112 | WASHINGTON, CAROLYN | Dividend paid 100.00% on $1,810.09; Claim# SURPLUS TO DEBTOR | 8200-002 | | 1,810.09 | 0.91 |
| 06/24/14 | 113 | Quantum3 Group LLC as agent for | Interest on Claim number 1; Quantum3 Group LLC | 7990-000 | | 0.91 | 0.00 |

Subtotals :       $100,000.00       $100,000.00

{} Asset reference(s)                                                                        Printed: 09/02/2014 10:39 AM    V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-36037  
**Case Name:** WASHINGTON, CAROLYN  

**Taxpayer ID #:** **-***1481  
**Period Ending:** 09/02/14  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 100,000.00 | 100,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 100,000.00 | 100,000.00 | |
| | | | Less: Payments to Debtors | | | 16,810.09 | |
| | | | **NET Receipts / Disbursements** | | **$100,000.00** | **$83,189.91** | |

Net Receipts : 100,000.00  
Less Payments to Debtor : 16,810.09  
Net Estate : $83,189.91  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0666** | 100,000.00 | 83,189.91 | 0.00 |
| | $100,000.00 | $83,189.91 | $0.00 |

{} Asset reference(s)                                       Printed: 09/02/2014 10:39 AM      V.13.15