UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| D. Michael Carter, | ) | Case No. 12 B 82729 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Judge Thomas M. Lynch |
| | ) | |

### NOTICE OF WITHDRAWAL

To:   See Attached Service List

    PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** previously filed on September 24, 2014 **(Document #35)** is withdrawn.   It is withdrawn because the wrong document was filed- there are no changes.

    /s/ Patrick S. Layng
    Patrick S. Layng, U.S. Trustee
    Office of the U.S. Trustee
    219 South Dearborn, Room 873
    Chicago, Illinois   60604
    (312) 886-7481

### CERTIFICATE OF SERVICE

    I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on September 29, 2014, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on September 29, 2014.

    /s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Bernard J. Natale
natalelaw@bjnatelaw.com

Jason H. Rock
jrock@bslbv.com

**Parties Served via First Class Mail:**

**D. Michael Carter**
8860 Bluegrass
Rockford, IL   61107