# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: CARTER, D. MICHAEL                § Case No. 12-82729
                                         §
                                         §
                                         §
Debtor(s)                                §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $272,327.00                    Assets Exempt: $24,545.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,529.53      Claims Discharged
                                                 Without Payment: $179,783.38

Total Expenses of Administration: $6,220.47

---

3) Total gross receipts of $ 18,750.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $18,750.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $128,800.51 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,220.47 | 6,220.47 | 6,220.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 191,292.00 | 175,644.91 | 175,644.91 | 12,529.53 |
| **TOTAL DISBURSEMENTS** | $320,092.51 | $181,865.38 | $181,865.38 | $18,750.00 |

    4) This case was originally filed under Chapter 7 on July 17, 2012. The case was pending for 25 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/02/2014          By: /s/BERNARD J. NATALE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference on Real Estate | 1141-000 | 18,750.00 |
| **TOTAL GROSS RECEIPTS** | | **$18,750.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 89,932.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 38,868.51 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$128,800.51** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 21.22 | 21.22 | 21.22 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 3,281.25 | 3,281.25 | 3,281.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,625.00 | 2,625.00 | 2,625.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | $6,220.47 | $6,220.47 | $6,220.47 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Riverside Community Bank | 7100-000 | 165,000.00 | 164,263.00 | 164,263.00 | 11,717.61 |
| 2 | American Express Bank, FSB | 7100-000 | N/A | 1,642.97 | 1,642.97 | 117.20 |
| 3 | Citibank, N.A. | 7100-000 | 9,624.00 | 9,738.94 | 9,738.94 | 694.72 |
| NOTFILED | Attorney Jamie Cassel Reno Zahm | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 16,668.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $191,292.00 | $175,644.91 | $175,644.91 | $12,529.53 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82729  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** CARTER, D. MICHAEL  **Filed (f) or Converted (c):** 07/17/12 (f)
 **§341(a) Meeting Date:** 08/23/12
**Period Ending:** 09/02/14  **Claims Bar Date:** 12/06/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Single family residence at 8860 Bluegrass, Rockf | 260,000.00 | 116,199.49 | | 0.00 | FA |
| 2 | Cash on hand | 80.00 | 80.00 | | 0.00 | FA |
| 3 | Personal checking account at US Ba nk | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | 1/2 interest in 2 T.V.s; 1 laptop computer; DVD | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Standard wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Assorted rings and watches | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Zabala shotgun | 125.00 | 125.00 | | 0.00 | FA |
| 8 | Old shotgun | 125.00 | 125.00 | | 0.00 | FA |
| 9 | 12 gauge shotgun | 250.00 | 250.00 | | 0.00 | FA |
| 10 | Golf clubs | 100.00 | 100.00 | | 0.00 | FA |
| 11 | Ohio National Life whole policy (cash surrender | 2,100.00 | 0.00 | | 0.00 | FA |
| 12 | Massachusetts Mutual whole life policy (net cash | 1.00 | 0.00 | | 0.00 | FA |
| 13 | Massachusetts Mutual whole life policy (net cash | 1.00 | 0.00 | | 0.00 | FA |
| 14 | Monthly pension from Owens Illinois | 543.00 | 0.00 | | 0.00 | FA |
| 15 | 100% ownership interest in Management Recruiters | 1.00 | 1.00 | | 0.00 | FA |
| 16 | Management Recruiters of Northern Illinois, Inc. | 1.00 | 1.00 | | 0.00 | FA |
| 17 | 1999 Mercedes Benz 430 | 4,500.00 | 1,200.00 | | 0.00 | FA |
| 18 | Preference on Real Estate | 0.00 | 18,750.00 | | 18,750.00 | FA |
| **18** | **Assets**   **Totals** (Excluding unknown values) | **$272,327.00** | **$136,831.49** | | **$18,750.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

FRAUDULENT CONVEYANCE SETTLED.  SETTLEMENT PAYMENT DUE 4/15/2014.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2014   **Current Projected Date Of Final Report (TFR):**  April 22, 2014  (Actual)

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-82729  
**Case Name:** CARTER, D. MICHAEL  
**Taxpayer ID #:** **-***5029  
**Period Ending:** 09/02/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/15/14 | {18} | D. Michael Carter | Pymt of Compromise Re: Fraudulent Conveyance | 1141-000 | 18,750.00 | | 18,750.00 |
| 06/30/14 | 101 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: DEFERRAL FEE ADV | 2700-000 | | 293.00 | 18,457.00 |
| 06/30/14 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $2,625.00, Trustee Compensation; Reference: | 2100-000 | | 2,625.00 | 15,832.00 |
| 06/30/14 | 103 | Riverside Community Bank | Distribution paid 7.13% on $164,263.00; Claim# 1; Filed: $164,263.00; Reference: JUDGEMENT | 7100-000 | | 11,717.61 | 4,114.39 |
| 06/30/14 | 104 | American Express Bank, FSB | Distribution paid 7.13% on $1,642.97; Claim# 2; Filed: $1,642.97; Reference: 5004 | 7100-000 | | 117.20 | 3,997.19 |
| 06/30/14 | 105 | Citibank, N.A. | Distribution paid 7.13% on $9,738.94; Claim# 3; Filed: $9,738.94; Reference: 8284 | 7100-000 | | 694.72 | 3,302.47 |
| 06/30/14 | 106 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 3,302.47 | 0.00 |
| | | | Dividend paid 100.00% 3,281.25 on $3,281.25; Claim# ATTY; Filed: $3,281.25 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00% 21.22 on $21.22; Claim# EXP; Filed: $21.22 | 3120-000 | | | 0.00 |

|  |  |  |
|---|---:|---:|
| ACCOUNT TOTALS | 18,750.00 | 18,750.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 18,750.00 | 18,750.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $18,750.00 | $18,750.00 | |

Net Receipts : 18,750.00  
───────────  
Net Estate : $18,750.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| Checking # ********66 | 18,750.00 | 18,750.00 | 0.00 |
| | $18,750.00 | $18,750.00 | $0.00 |

{} Asset reference(s)